*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
New York Field Office
201 Varick Street Rm 1219
New York, NY, 10014



**U.S. Immigration
and Customs
Enforcement**

SINGH, Rajpal
c/o Immigration and Customs Enforcement
New York Field Office

A 095 395 344

## Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE) and you are required to cooperate with ICE in effecting your removal from the United States. If ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody), ICE's Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about 01/26/2026. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above. Please mail all documents to the address above or to nycdetaineeinquiry@ice.dhs.gov. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The deciding official will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

**Notice to Alien of File Custody Review**
Singh, Rajpal A 095 395 344
Page 2

---

## PROOF OF SERVICE

**(1)      Personal Service (Officer to complete both (a) and (b) below.)**

(a)      I ____Larry_____Morgan_____ , ____Deportation Officer____ ,
                                                Name of ICE Officer                                                                   Title

certify that I served _____Rajpal___Singh_____ with a copy of
                                                              Name of detainee

this document at ____Alexandria Staging Facility__ on _1/15/2026_ , at ___0940_____ .
                                              Institution                                    Date                  Time

(b)      I certify that I served the custodian _____ ,
                                                                                                          Name of Official

_____ , at _____ , on
                    Title                                                              Institution

_____ with a copy of this document.
            Date

## OR

**(2)      Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____ , _____ , certify
                    Name of ICE Officer                                              Title

that I served _____ and the custodian _____ ,
                              Name of detainee                                                          Name of Official

with a copy of this document by certified mail at _____ on _____ .
                                                                        Institution                          Date

Detainee Signature: _____      Date: _1/15/26_

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

02/16/2026

To Whom It May Concern:

Patient, **SIGHN, RAJPAL (A#: 095-395-344)** has reached out to Mental Health services due to feeling socially isolated and alone in his dorm. Pt is requesting that he be moved to a new dorm with other Indian detainees. I am writing in support of his request for the benefit of having healthy socialization and developing emotional support.

Please feel free to reach out with me with any questions. Thank you in advance.

Sincerely,

Marisa Montes, LCSW

Behavioral Health Provider