**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RAJPAL SINGH,** | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-362** |
| | § | |
| **WARDEN OF PORT ISABEL** | § | |
| **DETENTION FACILITY**, in his | § | |
| official capacity, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Rajpal Singh's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition"); Singh, a citizen of India, lists various Respondents (collectively, the "Government"). Dkt. No. 1. Singh claims that his re-detention under 8 U.S.C. § 1231 violates the Fifth Amendment's Due Process Clause. Dkt. No. 1 at 13–14.

It does not plainly appear from Singh's § 2241 Petition that he is not entitled to the requested relief. Singh's allegations, taken together, suffice to raise genuine questions as to whether his continued detention violates federal law and the United States Constitution. Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The Government is **ORDERED** to file a response to Singh's § 2241 Petition on or before **May 6, 2026**.  If Singh wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.


**SIGNED** on this **22nd** day of **April, 2026**, at Brownsville, Texas.


_____
**Ignacio Torteya, III**
**United States Magistrate Judge**