**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| |
|---|
| **Rajpal Singh,** |
| |
| *Petitioner*, |
| v. |
| |
| **Warden, Port Isabel Detention Center, et al.** |
| |
| *Respondents.* |

**Case No. 26-cv-00362**

**NOTICE OF JOINT CONSENT TO TRANSFER**

Pursuant to General Order No. 2024-2, both parties to this matter consent to the

transfer of this case from this Court to the United States District Court for the Eastern District of

New York.

Respectfully submitted,

**/s/ Nancy L. Masso**
**Nancy Lynn Masso**
Office of U S Attorney
600 E Harrison
Ste 201
Brownsville, TX 78520
956-548-2554
Fax: 956-548-2775
Email: nancy.masso@usdoj.gov

*Attorney for Respondents*

**/s/ Michael Z. Goldman**
**Michael Z. Goldman**
The Law Offices of Michael Z. Goldman
100 Church St., Suite 800
New York, NY 100007
212 901-3799
Fax: 914 908-6102
Email: michael@mzglaw.com

*Attorney for Petitioner*