**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

RAJPAL SINGH, §
    Petitioner, §
 §
 §
 §
v. §    Civil Action No. **1:26-cv-362**
 §
**WARDEN OF PORT ISABEL** §
**DETENTION FACILITY**, in his §
official capacity, *et al.*, §
    Respondents. §

## **ORDER**

On March 31, 2026, Petitioner Rajpal Singh filed his "Petition for Writ of Habeas Corpus" (Singh's "§ 2241 Petition"). Dkt. No. 1. In his § 2241 Petition, Singh stated that he was being held at the Port Isabel Detention Center ("PIDC") in Los Fresnos, Texas. *Id.* at 1. On May 6, 2026, the Government filed its "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Government's "Response"). Dkt. No. 13. In its Response, the Government advised the Court that Singh was transferred to the Metropolitan Detention Center in Brooklyn, New York. *Id.* On May 8, 2026, the Court ordered that the above-referenced matter be transferred to the United States District Court for the Eastern District of New York. Dkt No. 15.

On May 12, 2026, the parties filed their "Notice of Joint Consent to Transfer" ("Notice"). Dkt. No. 17. The United States District Court for the Southern District of Texas applies an automatic stay on all transfers outside the Fifth Circuit for 21 days, absent agreement of the parties. Gen. Or. 2024-2 (S.D. Tex. Feb. 28, 2024). In their

Notice, the parties consent to the transfer of the above-referenced matter to the United States District Court for the Eastern District of New York. Dkt. No. 17.

**ACCORDINGLY**, the automatic stay of the transfer of the above-captioned matter under General Order 2024-2 is hereby **LIFTED**. **FURTHER**, the Clerk of Court is **DIRECTED** to **TRANSFER** Singh's § 2241 Petition [Dkt. No. 1] to the United States District Court for the Eastern District of New York.

**SO ORDERED.**

**SIGNED** on this **19th** day of **May, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**